PEOPLE, PLAINTIFF AND APPELLEE, v. TACORONTE, DEFENDANT AND APPELLANT.

APPEAL from the District Court of Aguadilla in a Prosecution for Violation of Section 553 of the Penal Code.

No. 1097.—Decided February 2, 1917.

Decided on the grounds stated in the opinion in Case No. 1101, *People* v. *Rodríguez, ante.*

*Mr. José D. Rodríguez* for the appellant.
*Mr. Salvador Mestre, fiscal,* for the appellee.

*Affirmed.*

Chief Justice Hernández and Justices Wolf, del Toro, Aldrey and Hutchison concurred.